TIMEX V.I., INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 96–02–00528

(Dated March 2, 1999)

## JUDGMENT ORDER

DICARLO, *Senior Judge:* Upon having received and reviewed the United States Department of Commerce's *Final Results of Remand Determination Pursuant to Court Remand, Times V.I., Inc. v. United States, Court No. 96–02–00528, Slip Op. 99–2 (January 6, 1999)* filed February 5, 1999 and Plaintiff's consent without objection filed March 1, 1999, and upon finding that Commerce complied with the Court's remand order, it is hereby

ORDERED that the *Final Remand Results* are affirmed in their entirety. It is further

ORDERED that, all other issues having been decided, this case is dismissed.